# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| *In re:*<br><br>CASTULO MERCADO ORTIZ<br>dba MERCADO PROMOTIONS<br><br>*xxx–xx–7580*<br><br><br>Debtor(s) | Case No. 11–09391–13<br>Chapter 13<br><br>FILED & ENTERED ON *November 1, 2011* |

### NOTICE OF CHAPTER 7 AND 13 CASE FILING REVIEW AND POSSIBLE DISMISSAL
[INDIVIDUAL DEBTORS ONLY]

Upon review of your petition, the following documents have not been filed. Failure to file or request an extension within forty–five (45) days after the date of the filing of the petition, as specified by 11 USC §§521(i), will result in the automatic dismissal of the case.

- ☑ SCHEDULES [Official Form B6]
    - ☐ SUMMARY OF SCHEDULES
    - ☐ SCHEDULE A – Real Property
    - ☐ SCHEDULE B – Personal Property
    - ☐ SCHEDULE C – Property Claimed as Exempt
    - ☐ SCHEDULE D – Creditors Holding Secured Claims
    - ☐ SCHEDULE E – Creditors Holding Unsecured Claims
    - ☐ SCHEDULE F – Creditors Holding Unsecured Nonpriority Claims
    - ☐ SCHEDULE G – Executory Contracts and Expired Leases
    - ☐ SCHEDULE H – Codebtors
    - ☐ SCHEDULE I – Current Income of Individual Debtor(s)
    - ☐ SCHEDULE J – Current Expenditures of Individual Debtor(s)
- ☑ Statement of Financial Affairs [Official Form 7] : signed by debtor
- ☐ Chapter 7 Individual Debtor's Statement of Intention
- ☐ Chapter 7 Statement of Current Monthly Income and Means Test Calculation [Official Form B22A]
- ☑ Chapter 13 Statement of Current Monthly Income and Disposable Income Calculation [Official Form B22C]
- ☐ Declaration of Bankruptcy Petition Preparer [Official Form B19B]
- ☐ Exhibit D – Individual Debtor Statement of Compliance with Credit Counseling Requirement
- ☐ Disclosure of compensation of Attorney for Debtor
- ☐ Other:

*MARIA DE LOS ANGELES GONZALEZ, ESQ.*
Clerk of the Court
By: LOURDES ALVAREZ
Deputy Clerk